THE HONORABLE PHILIP H. BRANDT
CHAPTER 13
HEARING DATE: October 28, 2009
HEARING TIME: 1:30 p.m.
LOCATION: Tacoma, Washington
RESPONSE DATE: October 21, 2009

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SUSAN LEE MCCMANUS<br><br>Debtor(s). | Case No. 08-40644<br><br>NOTICE AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C., SECTION 1307(c) |

## **NOTICE**

You and each of you are hereby notified that the undersigned will bring on for hearing before the Bankruptcy Judge of the above entitled Court, 1717 Pacific Ave., Room I, Tacoma, Washington, 98402 on Wednesday, October 28, 2009 at 1:30 p.m. a Motion for Dismissal of the above-captioned case. Response required by Wednesday, October 21, 2009.

## **MOTION**

**COMES NOW** David M. Howe the standing Chapter 13 Trustee and moves as follows:

1) The debtor filed this case on **February 21, 2008** and the plan was confirmed on February 4, 2009.

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste 600
Tacoma, WA  98402
(253) 572-6600

Notice and Motion for Dismissal - 1

2) Pursuant to the plan, the debtor is required to make plan payments of **$3,050.00** per month; Debtor is presently delinquent in plan payments in the amount of **$16,108.81**.

3) The debtor has otherwise defaulted under the terms of the Plan as follows: 1307(c)(1) unreasonable delay by the debtors that is prejudicial to the creditors; **failure to remit plan payments.**

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 10th day of September, 2009.

/s/ David M. Howe
DAVID M. HOWE,
Chapter 13 Trustee

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste 600
Tacoma, WA 98402
(253) 572-6600

Notice and Motion for Dismissal - 2

## CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the State of Washington as follows:

I, Kari Lohr, mailed via regular mail a true and correct copy of the Notice and Motion for Dismissal to the following:

Recovery Management Systems Corporation
c/o Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

Susan Lee McManus
204 Lane Blvd NE
Orting, WA 98360

Travis A Gagnier Attorney at Law
33507 9th Ave S Bldg F
PO Box 3949
Federal Way, WA 98063-3949

Mark Moburg
Routh Crabtree Olsen PS
3535 Factoria Blvd SE Ste 200
Bellevue, WA 98006

Lance E Olsen
Routh Crabtree & Olsen PS
3535 Factoria Blvd SE Ste 200
PO Box 4143
Bellevue, WA 98009-4143

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste 600
Tacoma, WA 98402
(253) 572-6600

Notice and Motion for Dismissal - 3

James K Miersma
Routh Crabtree & Olsen PS
3535 Factoria Blvd SE Ste 200
Bellevue, WA 98006

The following parties received Notice and Application for Dismissal via ECF:

- Travis A. Gagnier    gagnierecf@bestbk.com

- James K Miersma    ecf@rcolegal.com

- Mark Moburg    ECF@rcolegal.com

- Lance E Olsen    ecf@rcolegal.com

- US Trustee    USTPRegion18.SE.ECF@usdoj.gov

Executed at Tacoma, Washington on the 10th day of September, 2009.

/s/ Kari Lohr
KARI LOHR
Case Administrator

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste 600
Tacoma, WA  98402
(253) 572-6600

Notice and Motion for Dismissal - 4