Travis A. Gagnier
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234  Fax: 941-0476

Judge Philip H. Brandt
CHAPTER 13
Hearing Date: October 28, 2009
Hearing Time: 1:30 p.m.
Response Date: October 21, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

**MCMANUS, Susan Lee,**

Debtor.

No. 08-40644

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS and PROOF OF SERVICE**

COMES NOW, the Debtor, by and through her attorney, Travis A. Gagnier, and responds to the Trustee's Motion to Dismiss.

The debtor has fallen behind in her plan payments. Debtor is trying to work out a loan modification with their lender(s), which would make the mortgage payments more manageable. Counsel is also working to amend her plan to remove the mortgage from the Chapter 13 Plan.

For this reason the debtor asks that the motion to dismiss be continued to December 2, 2009 to allow the debtor to modify her plan for a successful completion if able.

Respectfully submitted this 21st day of October 2009.

/s/ Travis A. Gagnier
Travis A. Gagnier, #26379
Attorney for Debtor

RESPONSE TO MOTION TO DISMISS- 1

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Tacoma and served a true copy thereof to:

| David M. Howe | Honorable Philip H. Brandt | US Trustee |
| Chapter 13 Trustee | | |

via ECF, and to:

Debtor

via U.S. first-class mail, postage pre-paid, on the 21st day of October 2009.

/s/ Shari L. Moody
Shari L. Moody
Assistant to Travis A. Gagnier

RESPONSE TO MOTION TO DISMISS- 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax 941-0476